DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
ANDREW CHAN KIM, SBN 315331
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
emilyrose@siegelyee.com;
chankim@siegelyee.com

Attorneys for Plaintiffs
JILLIAN PIERCE, NICOLE WADE,
and VINCENT KEITH BELL on behalf
of themselves and all others similarly situated,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JILLIAN PIERCE, NICOLE WADE, VINCENT KEITH BELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, San Francisco Sheriff's Department Sheriff VICKI HENNESSY, San Francisco Sheriff's Department Chief Deputy MICHELE FISHER, and County of San Francisco employees DOES 1-50, ,<br><br>Defendant(s). | Case No.: 4:19-cv-07659-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR REFERRAL TO MAGISTRATE FOR SETTLEMENT** |

On May 1, 2020, plaintiffs filed their First Amended Complaint alleging that defendant City and County of San Francisco does not provide outdoor recreation time to prisoners in San Francisco County Jail # 2, located at 425 7th Street in San Francisco.

(ECF No. 29.) Defendants' response is due on May 29, 2020, pursuant to a stipulation of the parties and Order of this Court. (ECF No. 30.)

Defendant City and County of San Francisco is named in two other cases in the Northern District of California addressing similar conditions issues at San Francisco County Jails #4 and #5, located at 850 Bryant Street, 7th Floor in San Francisco and 1 Moreland Drive in San Bruno, respectively. The cases are *Norbert v. San Francisco Sheriff's Department*, No. 19-cv-02724-SK and *Poot v. San Francisco Sheriff's Department*, No. 19-cv-02722-YGR.

Magistrate Judge Laurel Beeler is overseeing settlement negotiations in *Norbert* and *Poot*. The parties in those matters and the undersigned agree that judicial economy would be well served by referring this matter to Judge Beeler for settlement.

Plaintiffs' First Amended Complaint raises claims for relief related to cross gender body cavity searches that are not at issue in *Norbert* or *Poot*. However, the parties are amenable to attempting a resolution of both issues through settlement with Judge Beeler.

In an effort to be as efficient as possible, the parties stipulate and respectfully request that the Court refer this entire matter to Magistrate Judge Laurel Beeler for settlement. The parties further stipulate and respectfully request that the Court vacate all current deadlines in this matter, including the deadline for defendants' response to plaintiffs' First Amended Complaint, and allow the parties to attempt early resolution. The parties request a deadline for a joint status update to the Court be set for June 30, 2020, at which time the parties will inform the Court of its progress on settlement and reset case management dates in this matter if prudent at that time. Although the parties will make a good faith effort to resolve all claims in the case, the parties contemplate that some but not all of plaintiffs' claims may be resolved by participating in the *Norbert* and *Poot* settlement discussions with Judge Beeler. In that event, the parties will provide the Court with that information in their joint status update and may at that time

request to set case management deadlines for the remaining claims that have not settled.

Dated: May 14, 2020

Respectfully submitted,

SIEGEL, YEE, BRUNNER & MEHTA

By: ___/s/Andrew Chan Kim_____
    Andrew Chan Kim

Attorneys for Plaintiff
JILLIAN PIERCE, NICOLE WADE, VINCENT KEITH BELL, on behalf of themselves and all others similarly situated,

Dated: May 14, 2020

DENNIS J. HERRERA
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
RAYMOND ROLLAN
Deputy City Attorney

By: __**/s/Raymond Rollan_____
    RAYMOND ROLLAN

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

*\*\*Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.*

1

**[PROPOSED] ORDER**

2   Pursuant to stipulation and good cause showing, IT IS SO ORDERED. This
3   matter is referred to Magistrate Judge Laurel Beeler for settlement. The current case
4   management deadlines in this matter, including defendants' deadline to respond to
5   plaintiffs' First Amended Complaint, are vacated. The parties are ordered to submit a
6   joint written status update no later than June 30, 2020.

Dated: May 15, 2020

_____
Hon. Jeffrey S. White
United States District Court Judge