UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILLIAN PIERCE, NICOLE WADE, FANTASY DECUIR, DAMENA PAGE, VINCENT KEITH BELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, VICKI HENNESSAEY, MICHELE FISHER, PAUL MIYAMOTO, DOES 1-50,<br><br>Defendants. | Case No. 19-cv-07659-JSW<br><br>**JUDGMENT** |

Pursuant to the order issued on December 5, 2022, granting Defendants' motions for summary judgment and denying Plaintiffs' motion for summary judgment, the Court HEREBY ENTERS judgment in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: December 5, 2022

_____
JEFFREY S. WHITE
United States District Judge